FILED
CLERK, U.S. DISTRICT COURT
10/26/2020
CENTRAL DISTRICT OF CALIFORNIA
BY: ___JB___ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR No.  2:20-cr-00515-VAP |
| Plaintiff, | I N F O R M A T I O N |
| v. | [18 U.S.C. § 1349: Conspiracy to Commit Bank Fraud; 18 U.S.C. § 1028A: Aggravated Identity Theft] |
| JEREMY JAMAL SHEPPARD, | |
| Defendant. | |

The United States Attorney charges:

COUNT ONE

[18 U.S.C. § 1349]

Beginning in or before 2017, and continuing through January, 2019, in Los Angeles County, within the Central District of California, and elsewhere, defendant JEREMY JAMAL SHEPPARD and others conspired to commit bank fraud, in violation of Title 18, United States Code, Section 1344.  The object of the conspiracy was carried out, and to be carried out, in substance, as follows:  A co-conspirator would apply for credit cards from banks using the identifying information of others.  Defendant SHEPPARD would make purchases using those fraudulently

obtained credit cards, sometimes using counterfeit identification cards to better impersonate the purported account holders.  As a result of this conspiracy, federally-insured financial institutions including Synchrony Bank, Wells Fargo Bank, Citibank, Capital One, Credit One Bank, First Electric Bank, Barclays Bank, and JPMorgan Chase Bank, were defrauded.

COUNT TWO

[18 U.S.C. § 1028A]

Beginning in or before 2017, and continuing through January, 2019, in Los Angeles County, within the Central District of California, and elsewhere, defendant JEREMY JAMAL SHEPPARD, knowingly transferred, possessed, and used, without lawful authority, a means of identification of another person, including the Social Security numbers of three persons, during and in relation to a felony violation of Title 18, United States Code, Section 1349, Conspiracy to Commit Bank Fraud, as charged in Count One, knowing that the means of identification belonged to another actual person.

NICOLA T. HANNA
United States Attorney

*/s/ Brandon Fox*

BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division

RANEE A. KATZENSTEIN
Assistant United States Attorney
Chief, Major Frauds Section

ANDREW BROWN
Assistant United States Attorney
Major Frauds Section